UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CARLOS RENE ROSTRAN MONTANO,

              Petitioner,

              v.

WARDEN, Adelanto ICE Processing Center, et al.,

              Respondents.

No. 5:26-cv-03695-JDE

ORDER REGARDING PETITION

On July 2, 2026, Carlos Rene Rostran Montano ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, alleging his re-detention by immigration authorities violated his procedural and substantive due process rights and the Administrative Procedure Act. As for relief, Petitioner requests his immediate release, a declaration that his detention violates the Due Process Clause, an order enjoining Respondents from transferring him from the district without the Court's approval, and an order enjoining Respondents from re-detaining him unless his re-detention is ordered at a custody hearing before a neutral arbiter in which the government

bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community. Id. at 17-18.

On July 13, 2026, Respondents filed an Answer, acknowledging that Petitioner is "seeking an order requiring Respondents to release him from immigration detention" and stating they "are not presenting an opposition argument at this time" and "[s]hould the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 7. Petitioner filed a Reply the same day. Dkt. 8.

The Court deems the lack of any opposition in their Answer as consent by Respondents to the primary relief sought in the Petition, that is, Petitioner's release from immigration detention under the terms of his prior supervision. Cf. C.D. Cal. Local Civil Rule 7-12. Petitioner's other requests for relief are denied as moot, unsupported, and/or speculative due to the relief granted herein.

IT IS ORDERED that Judgment shall be entered: (1) granting the Petition, in part, and ORDERING Respondents to immediately release Petitioner Carlos Rene Rostran Montano (A# 200 005 000) from custody, subject to the conditions of his preexisting supervision; and (2) denying the Petition without prejudice in all other respects as moot and/or speculative.

Dated: July 14, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

2