UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

CARLOS RENE ROSTRAN MONTANO,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

No. 5:26-cv-03695-JDE

JUDGMENT

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to immediately release Petitioner Carlos Rene Rostran Montano (A# 200 005 000) from custody, subject to the conditions of his preexisting supervision; and (2) denied without prejudice in all other respects.

Dated: July 14, 2026

JOHN D. EARLY
United States Magistrate Judge